FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 2 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No.: SA 09-124 M
                           )
              Plaintiff,   ) ORDER OF DETENTION
                           )
vs.                        )
                           )
Schwartz, Benjamin         )
                           )
              Defendant.   )
                           )

## I.

A.  (X)  On motion of the Government in a case allegedly involving:

1.  ( )  a crime of violence.

2.  ( )  an offense with maximum sentence of life imprisonment or death.

3.  (X)  a narcotics or controlled substance offense with maximum sentence of ten or more years.

4.  ( )  any felony - where defendant convicted of two or more prior offenses described above.

5.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.  ( )  On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

(X) On the further allegation by the Government of:
1. (X) a serious risk that the defendant will flee.
2. ( ) a serious risk that the defendant will:
   a. ( ) obstruct or attempt to obstruct justice.
   b. ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.  The Government (X) is/( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.  (X) The Court finds that no condition or combination of conditions will reasonably assure:
1. (X) the appearance of the defendant as required.
   (X) and/or
2. (X) the safety of any person or the community.

B.  (X) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.  (X) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.  (X) the weight of evidence against the defendant;

1  C.   (✘)   the history and characteristics of the defendant; and
2  D.   (✘)   the nature and seriousness of the danger to any person or the community.
3
4                                    IV.
5       The Court also has considered all the evidence adduced at the hearing and the
6  arguments and/or statements of counsel, and the Pretrial Services
7  Report/recommendation.
8
9                                    V.
10      The Court bases the foregoing finding(s) on the following:
11 A.   (✗)   As to flight risk:
12      Backgrd, cmty ties unknown;
13      Canadian citizen;
14      lack of ~~ascer~~ bail resources ~~unknown~~ that would
15      be sufficient to reasonably assure
16      defendant's appearance
17
18
19
20
21 B.   (✗)   As to danger:
22      Nature of the allegations
23
24
25
26
27
28

|    |    |
|----|----|
| 1  | **VI.** |
| 2  | A.  ( )  The Court finds that a serious risk exists the defendant will: |
| 3  |     1.  ( )  obstruct or attempt to obstruct justice. |
| 4  |     2.  ( )  attempt to/ ( ) threaten, injure or intimidate a witness or juror. |
| 5  | B.  The Court bases the foregoing finding(s) on the following: |
| 6  | _____ |
| 7  | _____ |
| 8  | _____ |
| 9  | |
| 10 | **VII.** |
| 11 | A.  IT IS THEREFORE ORDERED that the defendant be detained prior to trial. |
| 12 | B.  IT IS FURTHER ORDERED that the defendant be committed to the custody of |
| 13 | the Attorney General for confinement in a corrections facility separate, to the |
| 14 | extent practicable, from persons awaiting or serving sentences or being held in |
| 15 | custody pending appeal. |
| 16 | C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable |
| 17 | opportunity for private consultation with counsel. |
| 18 | D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on |
| 19 | request of any attorney for the Government, the person in charge of the |
| 20 | corrections facility in which defendant is confined deliver the defendant to a |
| 21 | United States marshal for the purpose of an appearance in connection with a |
| 22 | court proceeding. |
| 23 | |
| 24 | DATED: 3/24/09 |
| 25 | ROBERT N. BLOCK<br>UNITED STATES MAGISTRATE JUDGE |